**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**TIMOTHY K. POYNTER**                                                                 **PLAINTIFF**

**V.**                              **CASE NO. 4:13CV00079-JTR**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                **DEFENDANT**

<u>**JUDGMENT**</u>

Plaintiff Timothy K. Poynter's appeal is denied, and judgment is entered in favor

of Carolyn W. Colvin, Commissioner, Social Security Administration.

DATED this 2nd day of June, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

1